UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERN ROBERT THEROUX JR., <br><br> Plaintiff, <br><br> v. <br><br> MEEDI ABDUL JABAR, an individual d/b/a BUDGET AUTO REPAIR; et al., <br><br> Defendants. | Case No.: 20-CV-1851 W (AGS) <br><br> **ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO SERVE DEFENDANTS (CivLR 4.1)** |

Plaintiff filed this lawsuit on September 18, 2020 against Defendant Budget Auto Repair. (*See Compl.* [Doc. 1].) On January 20, 2021, Plaintiff filed an ex parte application for leave to file a First Amended Complaint ("FAC") to add defendants and to extend the amount of time to effect service. (*See Ex Parte* [Doc. 9].) On January 27, 2021, this Court granted the ex parte application and ordered service of the summons and FAC within 90 days from the date of the filing of the FAC. (*Order* [Doc. 10] ¶ 2.) The order was consistent with Federal Rule of Civil Procedure 4(m), which also requires service within 90 days of commencing an action in federal court.

1

On February 1, 2021, Plaintiff filed the FAC against Defendants Meedi Abdul Jabar, an individual d/b/a Budget Auto Repair, Roya Savoji and Abadi Saeed.  (*See FAC* [Doc. 14].)  To date, the docket indicates that Plaintiff has not served any of the Defendants or requested an extension of time in which to do so.  Accordingly, on July 21, 2021, this Court ordered Plaintiff to show cause why the Defendants should not be dismissed without prejudice by filing a response to the order on or before August 13, 2021.  (*OSC Order* [Doc. 17].)  The order further warned Plaintiff that failure to file a written response "will result in the dismissal without prejudice of the Defendants."  (*Id.* 2:7–8.)

To date Plaintiff has not filed a response to the OSC Order, nor has he requested an extension of time in which to do so.  Accordingly, the Court **ORDERS** the case **DISMISSED WITHOUT PREJUDICE** for failure to serve Defendants pursuant to Civil Local Rule 4(m).

**IT IS SO ORDERED**

Dated:  August 23, 2021

Hon. Thomas J. Whelan
United States District Judge